**DISMISS and Opinion Filed July 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01558-CV

### LOWELL MERRITT, Appellant
### V.
### ROBERT DAVIS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-01387-2009

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellant is a pro se vexatious litigant subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a) (West Supp. 2015). By letter dated May 4, 2016, we instructed appellant to file, by May 16, 2016, written verification that he had obtained the required order from the local administrative judge permitting the filing of this appeal. We cautioned appellant that failure to provide the written verification within the time requested may result in dismissal of the appeal without further notice. At appellant's request, we extended the deadline to May 23, 2016.

As of today's date, appellant has not provided the written verification. On June 20, 2016, the Collin County District Clerk filed a letter verifying that there is no order granting appellant

permission to appeal. Accordingly, we dismiss the appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b) (West Supp. 2015).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

151558F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LOWELL MERRITT, Appellant

No. 05-15-01558-CV     V.

ROBERT DAVIS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-01387-2009.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ROBERT DAVIS recover his costs of this appeal from appellant LOWELL MERRITT.

Judgment entered July 15, 2016.